EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 159 |
| Harley Rullán Castillo | 175 DPR \_\_\_\_ |

Número del Caso: TS-12717

Fecha: 19 de septiembre de 2008

Abogado de la Parte Peticionaria:

      Por Derecho Propio

Comisión de Ética del Colegio de Abogados:

      Lcda. María De Lourdes Rodríguez
      Oficial Investigadora

Oficina de inspección de Notarías:

      Lcda. Lourdes I. Quintana Lloréns
      Directora

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Harley Rullán Castillo                    TS-12717

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Rivera Pérez y la Juez Asociada señora Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de septiembre de 2008.

En vista de que han transcurrido aproximadamente un año y siete meses desde la suspensión del Sr. Harley Rullán Castillo, y en atención a que el Colegio de Abogados dio por desistida la querella aludida, y que el peticionario subsanó todas las deficiencias encontradas en su obra notarial, se autoriza su reinstalación únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo